| Case No.: | 12-56875-PJS | Trustee Name: | Charles J. Taunt |
|---|---|---|---|
| Case Name: | DAVENPORT, ARCHIE W AND DAVENPORT, SHARON M | Date Filed (f) or Converted (c): | 07/19/2012 (f) |
| For the Period Ending: | 12/31/2013 | §341(a) Meeting Date: | 08/23/2012 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Location: 2139 Jones Road, Waterford MI 48327 | $90,000.00 | $0.00 | | $0.00 | $90,000.00 |
| 2 | Cash | $30.00 | $0.00 | | $0.00 | FA |
| 3 | Genesis Credit Union Checking | $1.00 | $0.00 | | $0.00 | FA |
| 4 | Genesis Credit Union Savings | $10.00 | $0.00 | | $0.00 | FA |
| 5 | Metro North Credit Union Checking | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Metro North Credit Union Savings | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Beds, Dressers, Nightstands, Lamps, Kitchen Table/Chairs, Shelves, Couches, Chairs, Tables, Entertainment Center, TVs, as well as other miscellaneous household goods and furnishings of which no single item exceeds $475 in value. | $3,500.00 | $0.00 | | $0.00 | FA |
| 8 | Wallhangings | $25.00 | $0.00 | | $0.00 | FA |
| 9 | Wardrobe | $500.00 | $0.00 | | $0.00 | FA |
| 10 | Fur Coat | $500.00 | $0.00 | | $0.00 | FA |
| 11 | Wedding Rings, Costume Jewelry, watches | $2,000.00 | $0.00 | | $0.00 | FA |
| 12 | Camera, 2 Bikes, Golfclubs, Bowling Balls, 2 Rifles | $1,500.00 | $0.00 | | $0.00 | FA |
| 13 | OneAmerica Whole Life | $1,984.71 | $0.00 | | $0.00 | FA |
| 14 | OneAmerica Whole Life | $4,451.73 | $4,451.73 | | $0.00 | FA |
| 15 | 5 Mattel Shares x 34.00 | $170.00 | $0.00 | | $0.00 | FA |
| 16 | 10 Ford Shares x 12.50 | $125.00 | $0.00 | | $0.00 | FA |
| 17 | 2008 Vue | $9,000.00 | $0.00 | | $0.00 | FA |
| 18 | 1995 GMC Truck | $1,500.00 | $0.00 | | $0.00 | FA |
| 19 | 1962 Chevy Impala SS | $16,000.00 | $0.00 | | $0.00 | FA |
| 20 | CPU | $200.00 | $0.00 | | $0.00 | FA |
| 21 | 80lb Dog | $0.00 | $0.00 | | $0.00 | FA |
| 22 | Washer and Dryer | $200.00 | $0.00 | | $0.00 | FA |
| 23 | Tools | $300.00 | $0.00 | | $0.00 | FA |

| Case No.: | 12-56875-PJS | Trustee Name: | Charles J. Taunt |
| Case Name: | DAVENPORT, ARCHIE W AND DAVENPORT, SHARON M | Date Filed (f) or Converted (c): | 07/19/2012 (f) |
| For the Period Ending: | 12/31/2013 | §341(a) Meeting Date: | 08/23/2012 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS** (Excluding unknown value)

| | $132,097.44 | $4,451.73 | | $0.00 | Gross Value of Remaining Asset $90,000.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

09/18/2012   Trustee is investigating real property and potential non-exempt equity of the Debtors.
12/31/2013   Trustee is investigating potential foreclosure of real property.

Initial Projected Date Of Final Report (TFR):   09/20/2013           Current Projected Date Of Final Report (TFR):   09/20/2014           /s/ CHARLES J. TAUNT

CHARLES J. TAUNT